IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DARIO DRAKES,** **PLAINTIFF**

vs. **CIVIL ACTION NO.: 3:13CV133-NBB-JMV**

**T.C.C.F., et al.,** **DEFENDANTS**

**FINAL JUDGMENT**

Having considered the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 5, 2014, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged receipt of the Report and Recommendation on August 6, 2014; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 5, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the instant case is hereby **DISMISSED** with prejudice.

3. That this case is **CLOSED**.

**SO ORDERED** this the 25th day of September, 2014.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**